PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 96-9149
_____

D. C. Docket No. 95-CV-101


SAM NICHOLSON, and All Other Persons
or Entities Similarly Situated,

                              Plaintiff-Appellant,


                         versus

HOOTERS OF AUGUSTA, INC.,

                              Defendant-Cross-Claimant-.
                              Third-Party Plaintiff-
                              Appellee,


BAMBI K. CLARK, d.b.a. Value
Fax of Augusta,

                              Defendant-Cross-Defendant-
                              Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(April 29, 1998)**

ON PETITION FOR REHEARING

Before DUBINA, Circuit Judge, HILL and GIBSON[*], Senior Circuit Judges.

PER CURIAM:

The Petition for Rehearing by the panel is granted.

The opinion issued on March 10, 1998 and reported at 136 F.3d 1287, is modified in the following respects. The first paragraph, the last sentence, is modified to read:

Because we conclude that Congress granted state courts exclusive jurisdiction over private actions under the Act, we vacate the judgment of the district court, and remand this case to it with directions to remand the case to the Superior Court of Richmond County, Georgia.

The final sentence of the opinion is modified to read:

Accordingly, we VACATE the judgment of the

_____

[*]Honorable JOHN R. GIBSON, Senior U.S. Circuit Judge for the Eighth Circuit, sitting by designation.

-2-

district court and REMAND this case to the district court with directions to remand the case to the Superior Court of Richmond County, Georgia.

In all other respects, our opinion reported at 136 F.3d 1287 shall remain in full force and effect.